# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:12cr399

V.

ORDER

VICTORIA FINNEY BREWTON

---

This MATTER is before the Court on Defendant's Motion to Reduce Sentence re. First Step Act (Doc. No. 52 & 53).

The defendant is out of protective custody of the Federal Bureau of Prisons. Therefore, IT IS ORDERED, that Defendants Motion to Reduce Sentence re. First Step Act (Doc. No. 52 & 53) are **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Court's Order (Doc. No. 54) is VACATED.

IT IS SO ORDERED.

Signed: September 15, 2021

Frank D. Whitney
United States District Judge